■ In the Matter of ARTHUR BROWN, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [932 NYS2d 757]—

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.